UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DENNIS MCCABE,

                       Plaintiff

v.

NEVADA DEPARTMENT OF
CORRECTIONS et al.,

                     Defendants

Case No. 3:18-cv-00011-RCJ-CBC

ORDER

## I.    DISCUSSION

Plaintiff is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"). Through counsel, Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* for non-prisoners. (ECF Nos. 1, 2).

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* for prisoners and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted the correct application to proceed *in forma pauperis*, a properly executed financial certificate, or an inmate account statement. (*See* ECF No. 1). As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 2), but will not take any further action until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* for prisoners.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

*in forma pauperis* for non-prisoners (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for prisoners, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 28th day of November 2018.

UNITED STATES MAGISTRATE JUDGE